AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Rhode Island

| | | |
|---|---|---|
| DAIMARIE PABON MOLINA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:19-CV-00446-WEST-LDA |
| THE CADILLAC LOUNGE, L.L.C. et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Cadillac Lounge, L.L.C. d/b/a The Cadillac Lounge

Date:   10/04/2019

/s/ Robert Clark Corrente
*Attorney's signature*

Robert Clark Corrente, No. 2632
*Printed name and bar number*

Whelan Corrente & Flanders LLP
100 Westminser Street, Suite 710
Providence, RI  02903

*Address*

rcorrente@whelancorrente.com
*E-mail address*

(401) 270-4500
*Telephone number*

(401) 270-3760
*FAX number*