UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DAIMARIE PABON MOLINA,<br><br>Plaintiff,<br><br>v.<br><br>THE CADILLAC LOUNGE, L.L.C., d/b/a The Cadillac Lounge,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§     Civil no. 1:19-cv-00446-WES-LDA |

## ORDER

THIS CAUSE comes before the Court on the Joint Motion to Approve FLSA Agreement and for Dismissal with Prejudice. Upon review and consideration, it is therefore ORDERED AND JUDGED that:

1. The Joint Motion to Approve FLSA Agreement and for Dismissal with Prejudice is GRANTED.
2. The settlement is approved.
3. This action is dismissed with prejudice.

**IT IS SO ORDERED** on this __24th___ day of _November__ 2021.

_____
Judge Presiding