```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF RHODE ISLAND
```

DAIMARIE PABON MOLINA,

    Plaintiff,

    v.                                    CA No. 19-cv-446-WES-LDA

THE CADILLAC LOUNGE, LLC, et al.,

    Defendants.

**JUDGMENT**

    This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

    Pursuant to this Court's Order entered on November 24, 2021, and in accordance with Fed. R. Civ. P. 58., judgment is hereby entered dismissing this civil action.

    It is so ordered.

November 24, 2021                      By the Court:

                                              /s/ Hanorah Tyer-Witek.
                                                 Clerk of Court